Case 1:25-mj-00156-MAU    Document 1-1

Case: 1:25-mj-00156
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/21/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On August 20, 2025, at approximately 01:37 hours, MPD officers riding in a scout car, including your affiant, pulled into the parking lot outside 3917 South Capitol Street SW (abutting a 24-hour store) in Washington, DC. We were soon joined by other MPD officers and agents of federal law enforcement. One vehicle parked at the location was a gray Honda with a Virginia license plate of SIPPY3. At the time, the windows were down, loud music was playing, and an individual—later identified through his Virginia driver's license as Simeon FONTAINE—appeared to be unconscious in the front passenger seat.

Officer Harmon decided to do a welfare check and approached the passenger side door. Another individual, later identified as D.H., got in the driver's seat of the vehicle and woke up FONTAINE. Around the same time, Officer Ramson could also see an open bottle of tequila in the back seat; he opened the rear left passenger side door and retrieved an open tequila bottle. The bottle had the label Lunazul Tequila 40% ALC/Vol and was partially filed with a golden-colored liquid; Ramson placed it on the roof. In the front, Officer Harmon told FONTAINE to get out of the car. Officer Harmon then saw FONTAINE attempt to conceal a glass jar between the seat and center console; Ofc. Harmon grabbed it and saw that it contained a white-rock like substance. Based on his training and experience, Officer Harmon suspected the substance was crack cocaine. At this time, officers pulled FONTAINE out of the vehicle and placed him in handcuffs.

Officers continued their search of the vehicle. Officer Ramson opened the trunk of the vehicle and began searching. In one bag, officers found two Glock magazines. One magazine had nine rounds of 9mm ammunition in it. The other magazine had five rounds of 9mm ammunition in it.

When officers attempted to search the glove box of the vehicle, they discovered that the glove box was locked. Law enforcement found the key fob to the car on FONTAINE's person. Using that key, officers were able to open the glove box. Inside the glove box was a silver revolver with a black handle grip. Upon inspection, the firearm appeared to be fully functional and operable, and appears able to expel projectiles by means of explosive action.

FONTAINE was positively identified through his Virginia driver's license. A database check revealed that the car was registered to Shannon Fontaine, who shares a last name and address as was listed on FONTAINE's license.

The firearm was determined to be a Taurus Magnum .357 caliber revolver with serial number of TC13825. The revolver had a barrel capacity of five rounds and had five rounds of .357 caliber ammunition inside it. FONTAINE does not have a license to carry a firearm in the District of Columbia.

Your affiant field tested the white rock like substance, which indicated a presumptive positive for cocaine base.

A review of FONTAINE's criminal history indicates that he has been convicted of a crime punishable by a term of imprisonment of more than one year and knew that he was a felon.

Specifically, FONTAINE (under alias Wilber F Fountain) was sentenced to 15 years' incarceration following his conviction of Robbery: Residence on or about 5/21/2010 in Fairfax County Circuit Court, Virginia.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, I submit that there is probable cause to believe that FONTAINE violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
OFFICER MICHAEL SMITH
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 21st day of August, 2025.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE