UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-MJ-156 |
| : | |
| **SIMEON FONTAINE** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Pursuant to the motion filed by the United States, ECF No. 15, it is hereby ordered that the Motion to Dismiss the Complaint without prejudice pursuant to Rule 48(a) is GRANTED.

**SO ORDERED** this  28th    day of     August     , 2025.

_____
HONORABLE ZIA M. FARUQUI
United States Magistrate Judge